Case 7:21-cr-01525  Document 1  Filed on 07/27/21 in TXSD

United States District Court
Southern District of Texas
FILED

JUL 27 2021

Nathan Ochsner, Clerk

93

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | Criminal No. M-21-1525 |
| § § | |
| OSCAR ELOY HINOJOSA § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about March 1, 2020 to on or about June 29, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**OSCAR ELOY HINOJOSA**

did employ, use, persuade, induce, entice and coerce a minor, to wit: S. S. M., to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was transmitted using any means and facility of interstate or foreign commerce, and the visual depiction was produced using materials that had been mailed, shipped and transported in or affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a).

## NOTICE OF FORFEITURE
### 18 U.S.C. § 2253(a)

Pursuant to Title 18, United States Code, Section 2253(a)(2) and (a)(3), the United States gives the defendant notice that in the event of conviction for the offense charged in the Indictment, the following is subject to forfeiture:

(1) all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses charged in the Indictment; and

(2)   all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged in the Indictment, or any property traceable to such property.

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY